# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRENTFORD TAYLOR, JR.**

      **Plaintiff,**

  v.                                            Case No. 17-cv-1519

**PEDRO RUIZ,** *et al.*,

      **Defendant.**

## ORDER

Plaintiff Brentford Taylor, Jr. is representing himself in this 42 U.S.C. § 1983 lawsuit. He was previously incarcerated at the Milwaukee County Jail and sued the defendants because he believes he was not provided adequate medical care after he injured his ankle. At the end of February, I denied Taylor's various motions to amend his complaint and gave him an opportunity to file a single, renewed motion. (Docket # 113.) He had until March 23, 2020 to do so. (*Id.*) When he did not file a motion, the operative complaint remained in effect and the next step in the case was dispositive motions. So, I set a deadline of May 15, 2020 for dispositive motions, explained what Taylor would need to do to properly respond to the defendants' motion, and also warned him that failure to respond to the motion would result in me granting the motion as unopposed and entering judgment in the defendants' favor. (Docket # 114.) Both of these orders were sent to Taylor at the address provided to the court.

The defendants filed their motion on May 15, 2020. (Docket # 115.) They mailed a copy of their motion and all the supporting documents to Taylor. (Docket # 126.) To date, Taylor has not responded to the defendants' motion or corresponded with the court in any

way. The last time he corresponded with the court was in October 2019. (Docket # 111.) I have no reason to believe that Taylor is not in receipt of the orders the court has sent or the defendants' motion. I explicitly warned Taylor that failure to respond to summary judgment would result in me granting the motion as unopposed. Given his apparent lack of interest in continuing his case and my prior warning, I will grant the defendants' motion for summary judgment as unopposed, enter judgment in their favor, and dismiss the case. Civil L.R. 7(d); Civil L.R. 41(c) (E.D. Wis.).

**NOW, THEREFORE, IT IS ORDERED** that the defendants' motion for summary judgment (Docket # 115) is **GRANTED as unopposed**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED with prejudice**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 9th day of July, 2020.

NANCY JOSEPH
U.S. Magistrate Judge